UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA PULLIAM § § | |
| VS. § § | CIVIL ACTION NO. 7:23-CV-11097-PMH |
| § § | |
| MICHAELS STORES, INC., et al § | |

## ORDER GRANTING DEFENDANTS, MICHAELS STORES, INC., THE MICHAEL'S COMPANIES, INC., APOLLO GLOBAL MANAGEMENT, INC., AND MICHAELS' NOTICE OF CONSENT TO CHANGE COUNSEL

Before the Court is Defendants, Michaels Stores, Inc., The Michael's Companies, Inc., Apollo Global Management Inc., and Michaels' Notice of Consent to Change Counsel. The Court, notes that this is an agreed Notice by incoming and outgoing counsel as well as consented to by the client.

It is therefore, ORDERED that J. Daniel Velez and the law firm of Goldberg Segalla, LLP is hereby withdrawn as counsel for Defendants.

It is further ORDERED that Gary A. Gardner of Cunningham Swaim, LLP is enrolled as lead counsel for Defendants.

SIGNED this 8 day of March, 2024.

Hon. Philip M. Halpern
United States District Court Judge