UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Pulliam,

                        Plaintiffs,

        -against-

Michael's Stores, Inc.,

                        Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-11097 VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **1/9/25 at 11:00 am** to discuss discovery deadlines. The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044 and then #** to enter the conference.

    SO ORDERED.

DATED:    White Plains, New York
                 December 9, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge