# G. WESLEY SIMPSON, P.C.
**ATTORNEY AT LAW**
1016 RALPH AVENUE, 1ST FLOOR  TEL: (718) 345 8213
BROOKLYN, NEW YORK 11236  FAX (718) 345 3995

January 2, 2025



The Honorable Victoria Reznik
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  Diana Pulliam v Micheal Stores, Inc.et al; 7:23-cv-11097(VR);
     Letter to Court Requesting Adjournment

Dear Hon. Victoria Reznik:

As you are aware, I represent the plaintiff in the above referenced matter. This letter is to respectfully request an adjournment of the Court's January 9, 2025, telephone conference, as I have a mandatory in-person appearance on the same date and time for another matter in another Court. Is it possible to reschedule the conference to any time on January 17, 2025, January 23, 2025, or the Court's next available date? I have conferred with defendants and they have consented to this request, see email enclosed. Additionally, this is the first request for adjournment for this conference. Please advise and contact my office if there are any questions or concerns. Thank you.

The request is GRANTED. The conference is adjourned to January 23, 2025 at 11 am.

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.
Dated: January 2, 2025

Very truly yours,

G. Wesley Simpson, Esq.
G. Wesley Simpson, P.C.
Attorney for Plaintiff
1016 Ralph Avenue
Brooklyn, New York 11236

cc:  Gary Gardner, Esq.
     Cunningham Swaim, LLP
     Attorney for Defendants
     200 Broadhollow Road, Suite 207
     Melville, New York 11747