USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

4/7/2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Diana Pulliam.,

                          Plaintiff,

     -against-

Michael Stores, Inc.,

                          Defendant.

-------------------------------------------------------------X

**23-cv-11097-VR**

**ORDER RE DISCOVERY CONFERENCE**

Click or tap here to enter text.

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **April 15, 2025 at 10:30 a.m.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Discovery Conference, the parties should be prepared to discuss Plaintiff's request for an extension of the deadline to complete fact depositions from March 31, 2025, to August 25, 2025. (ECF No. 46).

**SO ORDERED.**

DATED:    White Plains, New York

April 7, 2025

_____

VICTORIA REZNIK

United States Magistrate Judge