**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 Pulliam,

                              Plaintiff(s),

             -against-                                                    **ORDER**

Michael's Stores, Inc.                                                     **7:23 cv 11097 VR**

                              Defendant(s).
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court having been advised that all claims asserted in the above-entitled action are settled, it is hereby

ORDERED, that the above-entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days from the date of this Order.

**The parties are no longer required to submit a joint status letter by June 17, 2025 (ECF No. 56).**

      **SO ORDERED.**

DATED:    White Plains, New York
          6/10/25

_____

1

VICTORIA REZNIK

United States Magistrate Judge

USDC SDNY_____
DOCUMENT_____
ELECTRONICALLY FILED
DOC # 
DATE FILED: Jun 10, 2025